UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ARLENE DUGMORE, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 06-5930-AG (RCF) |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | FINDINGS, CONCLUSIONS, AND |
| DEBORAH L. PATRICK, Warden, | ) | RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records, and the attached Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation, after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for Petitioner and Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/31/08

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE