UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARLENE DUGMORE, | ) |
| Petitioner, | ) No. CV 06-5960-AG (RCF) |
| v. | ) JUDGMENT |
| DEBORAH L. PATRICK, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: 12/31/08

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE